## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tiffany Hill

                                            Plaintiff,

v.                                                         Case No.: 1:22−cv−03516
                                                                           Honorable Edmond E. Chang

Epilepsy Foundation of Greater Chicago

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 29, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the parties' stipulation of dismissal [82], under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case is dismissed with prejudice. Except as otherwise provided for in the settlement agreement and general release, each side to bear its own fees and costs. Status hearing of 12/15/2023 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.